IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
FEB 0 2 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| DONALD SCHLOTTER, | CV 18-00004-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| SCHWAN'S HOME SERVICE, INC., | |
| Defendant. | |

Upon the parties' Stipulation to Dismiss in Order to Arbitrate Claims (Doc. 8), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that the preliminary pretrial conference set before Magistrate Timothy J. Cavan on March 6, 2018 at 11:00 a.m. and all related deadlines are **VACATED**.

DATED this 2nd day of February, 2018.

Susan P. Watters
U. S. DISTRICT JUDGE

1